**United States District Court**
For the Northern District of California

**\*E-FILED 09-14-2011\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GEORGE CHIALA FARMS, INC., a corporation; MURANAKA FARM, INC., a corporation,<br><br>            Plaintiffs,<br><br>   v.<br><br>U.S. AG SOLUTIONS, LLC, a limited liability company; CHRISTOPHER J. FREITAS, an individual,<br><br>            Defendants.<br>_____ / | No. C11-00884 HRL<br><br>**ORDER THAT CASE BE REASSIGNED TO A DISTRICT COURT JUDGE** |

This civil case was randomly assigned to this court for all purposes including trial. The initial case management conference was continued twice while pleading and service issues were sorted out. Meanwhile, default has been entered against defendant U.S. AG Solutions, LLC. And, defendant Freitas still has not filed either a consent or declination to proceed before a magistrate judge—despite a reminder and at least one court order re-setting the deadline for him to do so. Accordingly, this court orders the Clerk of the Court to reassign this case to a District Judge. All current dates and deadlines, including the September 20, 2011 initial case management conference are vacated.

SO ORDERED.

Dated: September 14, 2011



_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

5:11-cv-00884-HRL Notice has been electronically mailed to:

Bart Mark Botta     bart@rjlaw.com, angel@rjlaw.com

Randal Jason Read     jason@rjlaw.com, tim@rjlaw.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

5:11-cv-00884-HRL Notice sent by U.S. Mail to:

Christopher J. Freitas
340 Slender Rock Place
San Luis Obispo, CA 93405

     Pro Se Defendant

2