**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7              IN THE UNITED STATES DISTRICT COURT

8           FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                    SAN JOSE DIVISION

10   GEORGE CHIALA FARMS, INC. ET AL.,        CASE NO. 5:11-cv-00884-EJD

11                                      **ORDER VACATING CASE**
                    Plaintiffs,         **MANAGEMENT CONFERENCE**
12      v.

13   U.S. AG SOLUTIONS, LLC, ET AL.,

14
                    Defendants.
15   _____/

16          Having reviewed Plaintiffs' Case Management Statement (see Docket Item No. 48), the court

17   finds that a Case Management Conference is unnecessary at this time.  Accordingly, the conference

18   scheduled for October 26, 2012 is VACATED.

19          Since it appears that the clerk will soon enter default against the Defendants that remain this

20   action, the court schedules a hearing on Plaintiffs' anticipated Motion for Entry of Default Judgment

21   for **January 11, 2013, at 9:00 a.m.**  Plaintiff shall file the motion pursuant to the provisions of Civil

22   Local Rule 7.

23   **IT IS SO ORDERED.**

24

25   Dated:  October 22, 2012                     _____
                                                  EDWARD J. DAVILA
26                                                United States District Judge

27

28

                                1

CASE NO. 5:11-cv-00884-EJD
ORDER VACATING CASE MANAGEMENT CONFERENCE