IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GEORGE CHIALA FARMS, INC. ET AL., | CASE NO. 5:11-cv-00884-EJD |
| Plaintiffs, | **ORDER VACATING CASE MANAGEMENT CONFERENCE** |
| v. | |
| U.S. AG SOLUTIONS, LLC, ET AL., | |
| Defendants. | |

Having reviewed Plaintiffs' Case Management Statement (see Docket Item No. 48), the court finds that a Case Management Conference is unnecessary at this time. Accordingly, the conference scheduled for October 26, 2012 is VACATED.

Since it appears that the clerk will soon enter default against the Defendants that remain this action, the court schedules a hearing on Plaintiffs' anticipated Motion for Entry of Default Judgment for **January 11, 2013, at 9:00 a.m.** Plaintiff shall file the motion pursuant to the provisions of Civil Local Rule 7.

**IT IS SO ORDERED.**

Dated: October 22, 2012

EDWARD J. DAVILA
United States District Judge

1
CASE NO. 5:11-cv-00884-EJD
ORDER VACATING CASE MANAGEMENT CONFERENCE