IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GEORGE CHIALA FARMS, INC., et. al., | CASE NO. 5:11-cv-00884 EJD |
| Plaintiff(s), | **ORDER FOR FURTHER BRIEFING** |
| v. | |
| U.S. AG SOLUTIONS, LLC., et. al., | [Docket Item No(s). 52] |
| Defendant(s). | |

In a motion presently under submission, Plaintiffs George Chiala Farms, Inc. and Muranaka Farm, Inc. ("Plaintiffs'") seek entry of default against U.S. AG Solutions, LLC, one of two named defendants in this action. See Docket item No. 52. According to information submitted with Plaintiffs' motion, the other defendant, Christopher J. Freitas, is subject to a bankruptcy proceeding.

As noted by Plaintiffs, the pendency of Freitas' bankruptcy proceeding operates as a mandatory stay of all litigation initiated against him, including the instant case. See 11 U.S.C. § 524. These circumstances, however, implicate Federal Rule of Civil Procedure 54(b), which allows for the entry of judgment against fewer than all of the parties "only if the court expressly determines that there is no just reason for delay."

Based on what has been submitted, the court is unable to make the determination required by Rule 54(b) in order to enter the judgment requested by Plaintiffs. Accordingly, **on or before July 26, 2013**, Plaintiffs shall submit an additional pleading, not to exceed 10 pages, which: (1) provides an update as to the status of Freitas' bankruptcy proceeding, and (2) if those proceedings are still

pending, explains why entry of judgment against U.S. AG Solutions, LLC is appropriate in consideration of Rule 54(b). If Freitas' bankruptcy proceedings have concluded, Plaintiffs should explain why entry of judgment against U.S. AG Solutions, LLC should not be postponed until claims against Freitas have also been resolved.

**IT IS SO ORDERED.**

Dated: July 17, 2013



    EDWARD J. DAVILA
    United States District Judge